**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  CV 10-9004-JAK (PLA)                                                                    Date **June 15, 2011**

Title:   **Joaquin Palmer v. Deputy Sheriff Ryan, et al.**

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**
☐ **U.S. DISTRICT JUDGE**
☒ **MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

Pursuant to this Court's Order Re: Service of First Amended Complaint, and Plaintiff's Mailing Address, filed March 15, 2011, plaintiff was ordered to file a Notice of Submission **no later than April 14, 2011**, indicating that all required documents had been submitted to the United States Marshal for service of the First Amended Complaint.  Although a Notice of Submission was filed on March 24, 2011, indicating that the required documents were submitted to the United States Marshal, the Court has been advised that only the USM-285 forms were received; five copies of the First Amended Complaint and five copies of the completed summons, as indicated in plaintiff's Notice of Submission, were **not** received.  The Court was also advised that a rejection letter was sent to plaintiff indicating which documents were missing and that as of today's date, nothing further has been received from plaintiff.  Accordingly, **no later than July 6, 2011, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Submission of the required documents to the United States Marshal on or before July 6, 2011, shall be deemed compliance with this Order to Show Cause.


cc:     Joaquin Palmer, Pro se



Initials of Deputy Clerk____ch