# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No. CV **10-9004-JAK (PLA)**                                   Date **February 24, 2012**

Title:  **Joaquin Palmer v. Lieutenant Bobo, et al.**

---

**PRESENT: THE HONORABLE   PAUL L. ABRAMS**                  ☐ **U.S. DISTRICT JUDGE**

                                                            ☒ **MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
            NONE                                                                  NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

On January 23, 2012, plaintiff filed a "Motion [f]or Voluntary Termination [o]f Action" ("Motion"), from which it was unclear to the Court whether plaintiff requested dismissal of this action as to all defendants, or as to defendant Bobo only. Thus, on January 27, 2012, the Court ordered plaintiff, no later than February 10, 2012, to file a request for dismissal specifically stating his intentions as to all defendants. To date, plaintiff has not filed a response, as ordered by the Court on January 27, 2012, and his time to do so has passed.

Thus, **no later than March 16, 2012**, plaintiff is ordered to show cause why the First Amended Complaint should not be dismissed without prejudice for failure to prosecute and failure to follow Court orders. Plaintiff is advised that his failure to timely respond to this Order will result in the action being dismissed for failure to prosecute and follow Court orders.


cc:     Joaquin Palmer, Pro Se
        Henry Patrick Nelson, Esq.


Initials of Deputy Clerk____ch____

CV-90 (10/98)                                CIVIL MINUTES - GENERAL